IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2018 AUG 28  AM 10: 06

CLERK US DISTRICT COURT
WESTERN DISTRICT TEXAS
BY_____

| | |
|---|---|
| KENNETH HILTON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, PLAINTIFF, V. THE DOMINION GOLF GROUP GP, INC. D/B/A THE DOMINION GOLF GROUP AND GOLF BRIDLEWOOD TEXAS LLC D/B/A BRIDLEWOOD GOLF CLUB, DEFENDANTS. | CAUSE NO. A:18-CV-495-LY |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause.  On this date by separate order the court dismissed all claims alleged in this action with prejudice.  As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _____28th_____ day of August, 2018.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE